IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEBI L. RAINEY                                                                                    PLAINTIFF

vs.                                        Civil No. 1:08-cv-01067

MICHAEL J. ASTRUE                                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 8th day of September, 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

    /s/  Barry A. Bryant
    HON. BARRY A. BRYANT
    U. S. MAGISTRATE JUDGE